IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITUDE INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HTC CORPORATION, ET AL.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:11−CV−01192−LPS |

## **STIPULATION OF DISMISSAL**

Plaintiff Digitude Innovations, LLC ("Digitude") and Defendants HTC Corporation and HTC America, Inc. ("HTC"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice with each party to bear its own costs.

Dated: May 10, 2012

| | |
|---|---|
| */s/ Edmond D. Johnson* | */s/ Karen Jacobs Louden* |
| Edmond D. Johnson (Del. Bar No. 2257) | Karen Jacobs Louden (Del. Bar No. 2881) |
| Pepper Hamilton LLP | Morris, Nichols, Arsht & Tunnell LLP |
| Hercules Plaza, Suite 5100 | 1201 North Market Street |
| 1313 N. Market Street | P.O. Box 1347 |
| P.O. Box 1709 | Wilmington, DE 19899 |
| Wilmington, Delaware 19899-1709 | (302) 658-9200 |
| (302) 777-6500 | kjlefiling@mnat.com |
| johnsone@pepperlaw.com | |
| | *Attorney for Defendants HTC Corporation* |
| *Attorney for Plaintiff* | *and HTC America, Inc.* |
| *Digitude Innovations LLC* | |